# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH MILLER,

    Plaintiff

v.

UNITED STATES OF AMERICA, et al.

    Defendants

3:18-CV-2456
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 2nd DAY OF JANUARY, 2020, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 33) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 33) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED** for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Chief Judge Schwab's reasoning and conclusion that Plaintiff has failed to prosecute and has abandoned this action is further supported by Plaintiff's failure to file any Objections to the pending R&R despite two-and-a-half months having passed since its issuance on October 18, 2019.
    The Court also agrees with the R&R's findings that an application of the *Poulis* factors further supports the dismissal of this action. *See* Doc. 33, at 7-11; *Poulis v. State Farm Fire and Cas. Co.*, 747 F.2d 863 (3d Cir. 1984).